# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LOUIS VALENTINE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. YERENA,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:11-cv-01220-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS (DOC. 9) |

　　　Plaintiff Joe Louis Valentine ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2011, Plaintiff filed his Complaint. Doc. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 30, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. Doc. 9. Plaintiff did not file an Objection to the Findings and Recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Findings and Recommendations, filed April 30, 2012, is adopted in full;

　　　2.　　This action proceeds against Defendant J. Yerena for retaliation in violation of the

1

1 | First Amendment; and

2 | 3. All other claims are dismissed from this action for failure to state a claim.

IT IS SO ORDERED.

Dated:    **June 15, 2012**                                    /s/ Lawrence J. O'Neill
                                                                                  UNITED STATES DISTRICT JUDGE