1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

JOE LOUIS VALENTINE,

           Plaintiff,

  v.

J. YERENA,

           Defendant.

Case No. 1:11-cv-01220-LJO-DLB PC

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW OPPOSITION TO DEFENDANT'S ANSWER** (ECF No. 23)

**ORDER DENYING DEFENDANT'S MOTION FOR STAY OF DEADLINE TO FILE OPPOSITION AS MOOT** (ECF No. 26)

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Joe Louis Valentine ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant J. Yerena for retaliation in violation of the First Amendment. On September 26, 2012, Plaintiff filed a motion to excuse the filing of his opposition to Defendant's answer, which the Court construes as a motion to withdraw his opposition. ECF No. 23. Plaintiff had filed an opposition to Defendant's answer on September 17, 2012. ECF No. 21. Plaintiff's opposition also included a demand for judgment. On September 14, 2012, the Court informed Plaintiff that no opposition to Defendant's answer had been requested by the Court. Good cause appearing, Plaintiff's motion is HEREBY GRANTED and Plaintiff's opposition, filed September 17, 2012, is withdrawn.

On October 9, 2012, Defendant filed a motion to stay the deadline for filing an opposition to Plaintiff's motion for summary judgment. ECF No. 26. Defendant requests a stay to oppose

1

1  Plaintiff's request for summary judgment, or in the alternative, an extension of time, pending the

2  outcome of the Court's determination of Defendant's motion to dismiss.  Because Plaintiff has

3  withdrawn his opposition to Defendant's answer, it is HEREBY ORDERED that Defendant's

4  motion for a stay, filed October 9, 2012, is denied as moot.

5

6  IT IS SO ORDERED.

7      Dated:    **November 29, 2012**                    /s/ *Dennis L. Beck*

8                                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28